IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff; )<br>)<br>vs. )<br>)<br>ONE 1996 FREIGHTLINER )<br>SLEEPER CAB TRACTOR, VIN )<br>#1FUYDZYB8TL657853, and )<br>ONE 1997 WABASH )<br>REFRIGERATED TRAILER, VIN )<br>#1JJE532S8VL381973, )<br>)<br>Defendant. ) | 2:11-cv-4252-LSC |

ORDER

The United States, having moved for an order dismissing the claim of Hector Ivan Rodriguez for failure to participate in discovery, failure to attend his deposition, and failure to prosecute his claim, and the Court having found that such dismissal is warranted, it is hereby ordered pursuant to Federal Rule of Civil Procedure 37(b) and (d) that the claim of Hector Ivan Rodriguez in this case is dismissed with prejudice.

As no other potential claimants have come forward in this civil forfeiture action, and the claim of Hector Ivan Rodriguez having been dismissed, the United

States is entitled to a judgment of forfeiture by default against the Defendant Tractor and the Defendant Trailer, and such is hereby granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

1. That the claim of Hector Ivan Rodriguez in this action is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 37(b) and (d).

2. That Final Judgment of Forfeiture be and the same is hereby entered in favor of the United States of America against one 1996 Freightliner Sleeper Cab Tractor, VIN #FUYDZYB8TL657853 (the Defendant Tractor), and one 1997 Wabash Refrigerated Trailer, VIN #1JJE532S8VL381973 (the Defendant Trailer), pursuant to 49 U.S.C. § 80303 and 21 U.S.C. § 881(a)(4).

3. That the right, title, and interest, if any, of Hector Ivan Rodriguez in the Defendant Tractor and the Defendant Trailer is hereby extinguished.

4. That the United States has clear title to said Defendant Tractor and Defendant Trailer, and no property rights exist therein except as set out in this Order.

5. That said Defendant Tractor and Defendant Trailer shall be disposed of by the United States according to law.

6      That the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, 1801 Fourth Avenue North, Birmingham, AL 35203, Attention: Jennifer S. Murnahan, Assistant U.S. Attorney, and one certified copy to the United States Marshals Service.

7      That this civil forfeiture action is hereby CLOSED.

Done this <u>20th</u> day of <u>November 2012</u>.

> L. SCOTT COOGLER
> UNITED STATES DISTRICT JUDGE
> [170956]